IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KIRK HORSHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-248-NJR-DGW |
| | ) | |
| LT. MAYO, SGT. CASPER, MICHAEL ATCHISON, MORGAN TEAS, EDDIE RUMPH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion for Entry of Default filed by Plaintiff on December 9, 2014 (Doc. 40) and the Motion for Leave to File Answer instanter filed by Defendants Atchison, Casper, and Mayo (Doc. 41). The Motion for Entry of Default is **DENIED** and the Motion for Leave to File is **GRANTED**.

On November 17, 2014, Plaintiff filed an amended complaint (Doc. 34). A responsive pleading was due 14 days thereafter, on December 1, 2014. Defendants Atchison, Casper, and Mayo failed to file a timely responsive pleading because of a calendaring error. Plaintiff now seeks entry of default pursuant to Federal Rule of Civil Procedure 55(a). On the same day that the Motion for Entry of Default was filed, Defendants filed a Motion to Answer, *instanter*.

All three Defendants are actively participating in this lawsuit and appear otherwise diligent in their filings. There has not been a willful refusal to litigate this matter that would warrant the entry of default. *See Stafford v. Mesnik*, 63 F.3d 1445, 1450 (7th Cir. 1995) (discussing default judgment). Indeed, currently pending is a Motion for Summary Judgment filed by Defendants Atchison, Casper, and Mayo on the issue of exhaustion to which Plaintiff has responded. A

hearing on that Motion is set for January 28, 2015.

Defendants **SHALL** file their Answer by January 23, 2015.

**IT IS SO ORDERED.**

**DATED: January 20, 2015**

**DONALD G. WILKERSON**
**United States Magistrate Judge**